# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2397
_____

Jevans Odhiambo Odhuno

*Petitioner*

v.

William P. Barr, Attorney General of United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: February 24, 2020
Filed: February 27, 2020
[Unpublished]
_____

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Kenyan citizen Jevans Odhiambo Odhuno petitions for review of an order of
the Board of Immigration Appeals, which dismissed his appeal from the decision of
an immigration judge finding him removable for having committed two crimes
involving moral turpitude, see 8 U.S.C. § 1227(a)(2)(A)(ii), and denying him
discretionary cancellation of removal and voluntary departure.

Odhuno challenges the agency's legal conclusion that his conviction under Kan. Stat. Ann. § 21-3517 (2010) was categorically a crime involving moral turpitude. Having jurisdiction under 8 U.S.C. § 1252(a)(2)(D) to review constitutional claims and questions of law, and after carefully reviewing the record de novo, we find no basis for reversal of the agency's decision. See Reyna v. Barr, 935 F.3d 630, 632 (8th Cir. 2019). We further conclude that we lack jurisdiction to review Odhuno's challenges to the agency's discretionary denial of cancellation of removal and voluntary departure because he has not raised a constitutional claim or question of law regarding those conclusions. See 8 U.S.C. § 1252(a)(2)(B)(i).

Accordingly, the petition for review is denied. See 8th Cir. R. 47B.

_____